REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. (775)786-3930
Fax. (775)786-4160
rbruch@etsreno.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TARA BURFOOT<br><br>Plaintiff,<br><br>v.<br><br>CAIE FOODS PARTNERSHIP, LTD.<br>AND DOES I-X,<br><br>Defendants. | Case No. 3:18-cv-00214-HDM-VPC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING TIME FOR**<br>**DEFENDANT TO RESPOND TO**<br>**COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendant CAIE FOODS PARTNERSHIP, LTD. shall have an additional 30 days to file its response to Plaintiff's *Civil Complaint and Jury Demand* (ECF No. 1). The response was originally due on May 29, 2018 and shall now be due on June 29, 2018.

[Remainder of page intentionally left blank.]

1

This request is made not as an attempt to delay but to allow Defendant time to fully prepare a response to the complaint.

RESPECTFULLY SUBMITTED this 23rd day of May, 2018.

ERICKSON, THORPE & SWAINSTON, LTD

By: /s/ Rebecca Bruch
REBECCA BRUCH, ESQ. (SBN 7289)
99 West Arroyo Street
Reno, Nevada 89509

RESPECTFULLY SUBMITTED this 23rd day of May, 2018.

By: /s/ Mark Mausert
MARK MAUSERT, ESQ. (SBN 2398)
CODY OLDHAM, ESQ. (SBN 14594)
729 Evans Avenue
Reno, Nevada 89512

## ORDER

Based on the above and forgoing stipulation and good cause appearing, it is hereby ORDERED that Defendant shall have until June 29, 2018 to file its response to Plaintiff's *Complaint and Jury Demand.*

Dated this 2?th day of May, 2018.

_____
United States Magistrate Judge