1 MARK MAUSERT
Nevada State Bar No. 2398
2 CODY OLDHAM
Nevada State Bar No. 14594
3 729 Evans Avenue
4 Reno, Nevada 89512
(775) 786-5477 Telephone
5 (775) 786-9658 Facsimile
mark@markmausertlaw.com
6
7 *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TARA BURFOOT, | **Case No.: 3:18-cv-00214-HDM-CBC** |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| CAIE FOODS PARTNERSHIP, LTD, INC. and DOES I-X, | |
| Defendants. | |

Plaintiff, TARA BURFOOT, and Defendant, CAIE FOODS PARTNERSHIP, LTD, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

//

//

//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

DATED this 8th day of October, 2018.

MARK MAUSERT LAW OFFICE

By: ___/s/ Mark Mausert
MARK MAUSERT
CODY OLDHAM
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

DATED this 8th day of October, 2018.

ERICKSON THORPE & SWAINSTON LTD

By: ___/s/ Rebecca Bruch
REBECCA BRUCH, ESQ.
CHARITY FELTS, ESQ.
99 W. Arroyo Street
Reno, Nevada 89509

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this 9th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE